UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH HEAD                                                                                           PETITIONER

VS.                                        4:20-cv-00386-JM/JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                              RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1. All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 1*, are DISMISSED, WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE