# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOSEPH HEAD                                            PETITIONER

VS.                  4:20-cv-00386-JM/JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                             RESPONDENT

## **JUDGMENT**

     Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

     DATED this 5th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE